UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

   Plaintiff,

vs.

             Case No.: 1:22-cv-09956-JPO

WHITE PEARL HOSPITALITY LLC, a
Delaware Limited Liability Company,

   Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

  Plaintiff pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides notice of dismissal of this action with prejudice.

            Respectfully submitted,

            /s/ Lawrence Fuller
            Lawrence Fuller, Esq. (LF 5450)
            LAW OFFICE BRANDON A. ROTBART, PA
            11098 Biscayne Blvd., Suite 401-18
            Miami, FL 33161
            (305) 350-7400
            lawrencefullerfuller@gmail.com

            Attorneys for Plaintiff